In the Matter of MAX BROWN, Appellant.
NEW YORK COUNTY LAWYERS' ASSOCIATION, Respondent.

Submitted October 17, 1938; decided October 25, 1938.

*Max Brown*, in person, for motion.
*George R. Adams* opposed.
Motion denied on the ground that the order is not final.*

In the Matter of Mortgage Investments Guaranteed by
LAWYERS WESTCHESTER MORTGAGE & TITLE COM-
PANY and WESTCHESTER TITLE AND TRUST COMPANY.
CHARLES A. HERMAN et al., Appellants; CHARLES J. F.
DECKER et al., Respondents.

Submitted October 17, 1938; decided October 25, 1938.

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements. (See 278 N. Y.
593.)

---

* On reargument, on December 6, 1938, motion granted.